IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS CAREY, #211 205, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-832-WKW |
| | ) | [WO] |
| MS. CUNNINGHAM, cube operator; | ) | |
| OMAR BOYNES, officer; | ) | |
| A. LAMBERT, Sgt; LT. COUSIN; | ) | |
| CAPTAIN McCOVERY; | ) | |
| G. BABERS, deputy warden; | ) | |
| A. McCLAIN, deputy warden; and | ) | |
| PATRICE RICHIE, warden, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 23, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 37.) Upon an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 37) is ADOPTED; and

(2)   Defendants' motion for summary judgment (Doc. # 23) is GRANTED;

An appropriate final judgment will be entered separately.

DONE this 27th day of July, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE