IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS CAREY, #211 205, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-832-WKW |
| | ) | [WO] |
| MS. CUNNINGHAM, cube operator; | ) | |
| OMAR BOYNES, officer; | ) | |
| A. LAMBERT, Sgt; LT. COUSIN; | ) | |
| CAPTAIN McCOVERY; | ) | |
| G. BABERS, deputy warden; | ) | |
| A. McCLAIN, deputy warden; and | ) | |
| PATRICE RICHIE, warden, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of Defendants and against Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of July, 2021.

                                                     /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE